

FILED

2009 JUL 31 PM 3: 04

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**TOMMY HERNANDEZ**

Case Number: **6:05-CR-204-ORL-28DAB**

USM Number: **26154-018**

T. Federico Bower, Retained
O'Brien Bower, P.A.
Bayshore Executive Center
511 W. Bay Street, Suite 330
Tampa, Florida 33606-3533

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two and Three of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for conduct, Scheme to Defraud | December 5, 2008 |
| Two, Three | New conviction for conduct, Uttering Forged Bills, Checks, or Notes | December 5, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

7/29/2009

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE
for
JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

July 31 __,2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **20 Months**.

The Court recommends to the Bureau of Prisons:

>That defendant be confined in a Federal Correctional Institution in Miami, Florida; that
>Defendant receive rehabilitative opportunities for employment while incarcerated within
>the Bureau of Prisons

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal